

CV 02 1722

UNITED STATES DISTRICT COURT
BROOKLYN, NEW YORK

TRAGER, J.

BLOOM, M.J

John R. Demos
(Name of Plaintiff)

29 U.S.C. 94,
15 U.S.C. 77v(A), 78AA,
29 U.S.C. 1132(A),
18 U.S.C. 1965,
31 U.S.C. 3729,
M. vs I. L.I.C. 355 U.S. 220,

vs.

Louis V. Gerstner
Stephen M. Case
Mel Karmazin

(Names of Defendants)

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

RECEIVED
FEB 19 2002
PRO SE OFFICE

I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:
☑ Yes   ☐ No

B. If your answer to A is yes, how many?: 100'S   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff  John R. Demos

Defendants  Bill Clinton

1

2. Court (give name of District)

U.S. DIST. CT. OF WASH, D.C.

3. Docket Number 94-1056

4. Name of judge to whom case was assigned Judge Robinson

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) Dismissed

6. Approximate date of filing lawsuit 8/4/94

7. Approximate date of disposition 2/7/94

II. Place of Present Confinement: Clallam Bay Correctional Center

A. Is there a prisoner grievance procedure available at this institution?  ☒ Yes  ☐ No

B. Have you filed any grievances concerning the facts relating to this complaint?  ☐ Yes  ☒ No

If your answer is NO, explain why not Not Grieveable

C. Is the grievance process completed?  ☒ Yes  ☐ No

If your answer is YES, ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.

III. Parties to this Complaint

A. Name of Plaintiff: John R. Demos    Inmate No.: 287455

Address: 1830 Eagle Crest Way, Clallam Bay, Washington. 98326

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant Stephen M. Case ; official position C-E-O
place of employment A-O-I Time Warner

2

C. Additional defendants  *louis V. Gerstner*
*Mel Karmazin*

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

ON OR ABOUT ___, ___, ___ THE ABOBE NAMED DEFENDANTS ENTERED INTO A CON CONTRACT WITH THE PLAINTIFF, BY SIGNING OFF ON THE ATTACHED PROMISSORY NOTES. THE PROMISSORY NOTES WERE ISSUED TO THE PLAINTIFF, BY THE ABOVE NAMED DEFENDANTS FOR HIS WORK, IDE'A, AND MANY CONTRIBUTIONS TO THEIR CORPORATION. ON OR ABOUT 9/7/01 PLAINTIFF CONTACTED THE U.S. JUSTICE DEPARTMENT ABOUT A POSSIBLE BOMBING OF NEW YORK'S TWIN TOWERS. PLAINTIFF INVOKED THE "QUI-TAM" DOCTRINE AS HIS AUTHORITY. WHEN THE DEFENDANTS FOUND OUT THAT PLAINTIFF DEMOS HAD NAMED THE MAJOR CORPORATIONS IN AMERICA AS HAVING SUPPLIED THE FUNDS TO THE TERRORISTS, THE DEFENDANTS ATTEMPTED TO RECEND, AND REVOKE THE PROMISSORY NOTES, BY REFUSING TO HONOR THEM. THE DEFENDANTS HAVE MADE THREATS TO THE PLAINTIFF IN RETALIATION FOR HIS NAMING THEM AS CO-CONSPIRATORS IN THE NEW YORK BOMBING. ALSO, THE NAMED DEFENDANTS HAVE THREATENED TO USE THEIR POWER & INFLUENCE TO BRIBE PRISON GUARDS, AND PRISON OFFICIALS TO HAVE ME KILLED.
I PLEAD "IMMINENT DANGER", BECAUSE ONLY A FOOL WOULD BELIEVE THAT THE NAMED DEFENDANTS DO NOT HAVE THE POWER TO MAKE GOOD ON THEIR THREATS. IN AMERICA "MONEY TALKS", AND THE MOVERS & SHAKERS HAVE MONEY TO BURN. IF THE DEFENDANTS WOULD SPEND $3 MILLION TO HAVE ME KILLED, THEY WOULD NOT FEEL THE LOSS IN THE SLIGHTEST.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I SEEK RELIEF IN THE SUM OF THE VALUE OF THE ATTACHED PROMISSORY NOTES. PROMISSORY NOTES ARE CONTRACTS, AND THE DEFENDANTS MAY NOT IMPAIR THE OBLIGATION OF A CONTRACT.

THE TOTAL VALUE OF THE PROMISSORY NOTES ARE $10 Billion Dollars

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of February, 2002

*John R. Demos*
(Signature of Plaintiff)

4